# EXHIBIT A

Free domestic shipping on all orders over $50

# BEAUTYBEEZ

SHOP ⌄    NATIVE    BEAUTY BAR    BLOG    COMMUNITY ⌄    ABOUT ⌄

# Blueberry Bliss Reparative Leave In Conditioner

## CURLS

$12.00

Shipping calculated at checkout.

☆☆☆☆☆ No reviews

Check rewards





Free domestic shipping on all orders over $50

BEAUTYBEEZ    SHOP    NATIVE    BEAUTY BAR    BLOG    COMMUNITY    ABOUT

# Blueberry Bliss Curl Control Paste

## CURLS

### $9.00

Shipping calculated at checkout.

No reviews

1

Check rewards



2



Free domestic shipping on all orders over $50

 SHOP ⌄    NATIVE    BEAUTY BAR    BLOG    COMMUNITY ⌄    ABOUT ⌄

# Blueberry Bliss Reparative Hair Wash

### CURLS

### $15.00

Shipping calculated at checkout.

☆☆☆☆☆ No reviews



Check rewards

Free domestic shipping on all orders over $50

**BEAUTYBEEZ**   SHOP   NATIVE   BEAUTY BAR   BLOG   COMMUNITY   ABOUT

# Blueberry Bliss Hair Growth Oil

## CURLS

### $12.00

Shipping calculated at checkout.

No reviews

1


Check rewards

Free domestic shipping on all orders over $50

# BEAUTYBEEZ

SHOP  NATIVE  BEAUTY BAR  BLOG  COMMUNITY  ABOUT

# Blueberry Bliss Twist N Shout Cream

## CURLS

### $15.00

Shipping calculated at checkout.

No reviews



1

5

Check rewards

Free domestic shipping on all orders over $50

# BEAUTYBEEZ

SHOP   NATIVE   BEAUTY BAR   BLOG   COMMUNITY   ABOUT

# Blueberry Bliss Reparative Hair Mask

## CURLS

### $15.00

Shipping calculated at checkout.

No reviews



Check rewards

1

Free domestic shipping on all orders over $50



**BEAUTYBEEZ**  SHOP  NATIVE  BEAUTY BAR  BLOG  COMMUNITY  ABOUT

# Blissful Lengths Liquid Hair Growth Vitamins

## CURLS

### $26.00

Shipping calculated at checkout.

No reviews

1

Check rewards

7



Free domestic shipping on all orders over $50

**BEAUTYBEEZ**     SHOP ⌄     NATIVE     BEAUTY BAR     BLOG     COMMUNITY ⌄     ABOUT ⌄

# Blueberry Bliss Curl Control Jelly

### CURLS

**$18.00**     SOLD OUT

Shipping calculated at checkout.

☆☆☆☆☆ No reviews


Check rewards



1

Free domestic shipping on all orders over $50

**BEAUTYBEEZ**     SHOP ⌄     NATIVE     BEAUTY BAR     BLOG     COMMUNITY ⌄     ABOUT ⌄

# Blueberry & Coconut Hair Milk

### CURLS

### $15.00

Shipping calculated at checkout.

☆☆☆☆☆ No reviews

