Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Alec P. Schulman (Bar No. 336491)
aschulman@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

*Attorneys for Plaintiff,*
NY Black and Gold Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NY BLACK AND GOLD CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BEAUTY BEEZ, INC., a California corporation; BRITTNEY OGIKE, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00170-JFW-E<br>Hon. John F. Walter<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT:

The Parties hereby give notice to the Court that they have settled the claims through settlement negotiations that occurred on May 5, 2023.

The Parties are in the process of drafting a long form settlement agreement and intend to dismiss this case with prejudice by no later than June 5, 2023, and respectfully request that the Court vacate all deadlines and appearances pending dismissal.

Dated: May 5, 2023						**ONE LLP**

						By: /s/ Alec P. Schulman
						    Peter Afrasiabi
						    Alec Schulman

						    Attorneys for Plaintiff
						    NY Black and Gold Corporation