Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Alec P. Schulman (Bar No. 336491)
aschulman@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

*Attorneys for Plaintiff,*
NY Black and Gold Corporation

closed

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NY BLACK AND GOLD CORPORATION, a California corporation,<br><br>Plaintiff,<br>v.<br>BEAUTY BEEZ, INC., a California corporation; BRITTNEY OGIKE, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00170-JFW-Ex<br>Hon. John F. Walter<br><br>**ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

    Pursuant to the Parties' Stipulation to Dismiss Entire Case With Prejudice Pursuant to F. R. Civ. P. 41(a)(1)(A)(ii), and it appearing good cause has been shown,

    IT IS HEREBY ORDERED that all of the claims in the above-captioned case are dismissed with prejudice.

Dated: May 30, 2023

_____
Hon. John F. Walter
United States District Judge

[